Teresa C. Chow (State Bar No. 237694)
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4508
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: *tchow@bakerlaw.com*

Joel Griswold (*pro hac vice*)
**BAKER & HOSTETLER LLP**
One North Wacker Drive, Suite 4500
Chicago, IL 60606
Telephone: 312.416.6238
Facsimile: 312.416.6201
Email: *jcgriswold@bakerlaw.com*

*Attorneys for Defendant*
SELLERS INTERNATIONAL LLC

Stefan Bogdanovich (State Bar No. 324525)
Neal J. Deckant (State Bar No. 322946)
**BURSOR & FISHER, P.A.**
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: 925.300.4455
Facsimile: 925.407.2700
Emails: *ndeckant@bursor.com*
*sbogdanovich@bursor.com*

*Attorneys for Plaintiff*
ISAAC SHAPIRO

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

ISAAC SHAPIRO, individually and on behalf of all others similarly situated,

Plaintiff,

v.

SELLERS INTERNATIONAL LLC,

Defendant.

**CASE NO.: 24-CV-00079-AMO**

**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE (L.R. 6-2)**

*[Filed concurrently with Declaration of Joel Griswold]*

Current Date: May 9, 2024
Current Time: 10:00 AM
Courtroom: 10

Proposed Date: May 16, 2024
Proposed Time: 2:00 PM
Courtroom: 10

Case Filed: January 4, 2024

Pursuant to Local Rule 6-2, Plaintiff Isaac Shapiro ("Plaintiff") and Defendant Sellers International LLC ("Defendant" and together with Plaintiff, the "Parties"), through their respective undersigned counsel, enter into the instant Stipulation to Continue Case Management Conference ("Stipulation"), subject to Court approval, as follows:

1. On February 8, 2024, this action was reassigned to Judge Martínez-Olguín (Dkt. 15).
2. The Initial Case Management Conference was rescheduled to May 9, 2024 at 10:00 AM, and the Parties must file the Case Management Statement by May 2, 2024 (Dkt. 16).
3. The Parties have conferred and believe that it would be more efficient to address the Case Management Conference and the oral argument on the Motion to Dismiss at the same hearing, particularly since Defendant's counsel will be traveling from out of state.
4. Good cause exists for a departure from the scheduled Case Management Conference date, as set forth in the concurrently filed declaration of Joel Griswold at ¶¶ 2-5.
5. The Court has not yet set any discovery cut-off date or trial date, and the requested continuance will not alter any other date or event set by the Court.

NOW THEREFORE, it is hereby stipulated subject to Court approval, as follows:

- The Initial Case Management Conference is continued to May 16, 2024 at 2:00 PM;
- The Parties' Case Management Statement is due May 9, 2024.

**IT IS SO STIPULATED.**

Dated: March 28, 2024

Respectfully submitted,

**BAKER & HOSTETLER LLP**

By: */s/ Teresa C. Chow*
Teresa C. Chow

*Attorneys for Defendant*
SELLERS INTERNATIONAL LLC

Dated: March 28, 2024

**BURSOR & FISHER, P.A.**

By: */s/ Neal J. Deckant*
Neal J. Deckant

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

*Attorneys for Plaintiff*
ISAAC SHAPIRO

**<u>CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION</u>**

I, Joel Griswold, hereby attest that the other signatory to the foregoing Stipulation, Neal Deckant, has concurred in the filing of the Stipulation. I declare under penalty of perjury under the laws of the United States of America that the foregoing attestation is true and correct.

Executed this 28th day of March 2024, in Los Angeles, California.

*<u>/s/ Joel Griswold</u>*
Joel Griswold.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
DENIED
Judge Araceli Martínez-Olguin
March 29, 2024
NORTHERN DISTRICT OF CALIFORNIA